IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DAVID WILSON PEPE,** *Plaintiff,* | : : : | **CIVIL ACTION** |
| v. | : : | No. 19-cv-03067 |
| **MARIROSA LAMAS, et al.,** *Defendant.* | : : : | |

**ORDER**

**AND NOW** this **18th** day of **August**, **2022**, upon consideration of Defendants' Motion to Dismiss (ECF No. 43) and Plaintiff's Response in Opposition (ECF No. 44), it is **hereby ORDERED** that Defendants' Motion to Dismiss (ECF No. 43) is **GRANTED** and the case will be **DISMISSED in its entirety, without prejudice.**

Plaintiff has until September 23, 2022 to file an Amended Complaint. If no Amended Complaint is filed by September 23, 2022, the Clerk of Court is directed to mark the case CLOSED.

BY THE COURT:

/s/ *Chad F. Kenney*
_____
**Chad F. Kenney, Judge**