IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DAVID WILSON PEPE,** | : | CIVIL ACTION |
| *Plaintiff,* | : | |
| | : | |
| v. | : | No. 19-cv-03067 |
| | : | |
| **MARIROSA LAMAS, et al.,** | : | |
| *Defendant.* | : | |

## ORDER

**AND NOW** this **21st** day of **November**, **2022**, upon consideration of Defendants' Motion to Dismiss (ECF No. 53), Plaintiff's Response (ECF No. 54), Plaintiff's Second Amended Complaint (ECF No. 50), and Plaintiff's Declaration (ECF No. 52), it is **hereby ORDERED** that for the reasons set forth in the accompanying Memorandum, Defendants' Motion to Dismiss is **GRANTED** and Plaintiff's Second Amended Complaint is **DISMISSED with prejudice**.

It is **further ORDERED** the Clerk of Court shall mark this case **CLOSED**.

BY THE COURT:

/s/ Chad F. Kenney
_____
**Chad F. Kenney, Judge**